ROSE GOLDROSEN, as Administratrix, etc., of SAMUEL GOLDROSEN, Deceased, Respondent, v. HOMANN REALTY CORPORATION (Sued Herein as HOMAM REALTY CORPORATION), Appellant, Impleaded with Others, Defendants.— Order modified by granting a preference only over other issues noticed for the same term, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ANTONIETTA NUNNO, an Infant, by ROCCO NUNNO, Her Guardian ad Litem, Respondent, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SAMUEL H. KAUFMAN, Appellant, v. BEATRICE KAUFMAN, Respondent.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SAMUEL H. KAUFMAN, Appellant, v. BEATRICE KAUFMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DOMINICK GIOVANAZZI, Respondent, v. LIBERTY STEVEDORING COMPANY, Defendant, Impleaded with SUBMARINE BOAT CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DOMINICK GIOVANAZZI, Respondent, v. LIBERTY STEVEDORING COMPANY, Appellant, Impleaded with SUBMARINE BOAT CORPORATION, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

E. I. DuPONT DeNEMOURS & COMPANY, INC., Respondent, v. SAMUEL H. McKEE and Others, Individually and as Trustees, etc., of COLONIAL FINANCE TRUST, Defendants, Impleaded with COLONIAL FINANCE TRUST, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for depositing the books and papers and the period during which they shall remain on deposit for inspection to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HARRY OPPENHEIM, Respondent, v. MAX STRAUS and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HARRY OPPENHEIM, Respondent, v. MAX STRAUS and Others, Appellants.— Orders modified by directing that the defendant Max Straus shall not be required to produce upon his examination any books or papers whatever, and by vacating the subpœna *duces tecum* heretofore issued herein, and as so modified affirmed, without costs, upon the ground that the production of books and papers must be compelled by order of the court. (See *Ritzwoller* v. *Lurie*, 204 App. Div. 768.) The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

PERRY J. FULLER and Another, as Executors, etc., of JENNIE G. BIDDULPH, Deceased, Plaintiffs, v. CLIFFORD B. BIRKBECK, Appellant, Impleaded with SOLOMON RILEY and Others, Respondents, and Others, Defendants. (Appeal